# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 408-2990
Fax: (516) 408-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-8213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 945-9060
Fax: (212) 945-9062

October 24, 2007

*Facsimile 914-390-4085*
Chambers of the Hon. Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the Teamsters Local 456 et al. vs. Village Dock, Inc.
    Docket No. 07 CIV 7734 (CLB)
    Conference Date: October 26, 2007 @ 9:00 a.m.

Dear Honorable Judge Brieant:

This firm is counsel to plaintiffs in the above referenced matter. I write to request an adjournment of the conference scheduled for Friday, October 26, 2007 @ 9:00 a.m.

The defendant was served with the Summons and Complaint via secretary of state on September 11, 2007 and the time to answer or respond has expired. We are in the process of preparing and filing Default Judgment and supporting papers with the Court.

Accordingly, we respectfully request that the court adjourn the conference. We are simultaneously sending a copy of this letter to the defendant.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: Rosa Bernardini, Paralegal

cc: Village Dock, Inc.