UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH )
& WELFARE, ANNUITY, EDUCATION & TRAINING, S.U.B. )
INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS )
AND THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, )  Docket No.07-CIV-7734(CLB)
)
         Plaintiffs, )
)
    -against- )  **SATISFACTION**
)  **OF JUDGMENT**
VILLAGE DOCK, INC., )
)
         Defendant. )
)  # 07,0299 WP
)
)
)

---

  WHEREAS, a default judgment was entered in the above entitled action on October 31, 2007 in the United States District Court, Southern District of New York in favor of Plaintiff TRUSTEES, et. al. and against VILLAGE DOCK, INC., in the amount of $4,940.56, which Judgment was docketed on October 31, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

  AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, VILLAGE DOCK, INC.,

  AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

  THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: January 29, 2008             BARNES, IACCARINO, VIRGINIA,
                        AMBINDER & SHEPHERD, PLLC.

Sworn to before me this 25TH day         By: _____
of JAN, 2008.                    KARIN ARROSPIDE, ESQ.
                         Attorneys for Judgment Creditor
_____           258 Saw Mill River Road
Notary Public                     Elmsford, New York 10523
                         (914) 592-1515

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

[Handwritten margin notes:] 02-04-08 - Judgment - Judgment satisfied and entered into money Judgment docket, by S. Michael Mallian, Clerk of Court, by Donald Cal, Deputy Clerk